

**NUMBER 13-20-00177-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**In the Matter of the Marriage of Tara Halla and Carl B. Halla**

---

**On appeal from the 25th District Court
of Lavaca County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Tijerina
Memorandum Opinion by Justice Longoria**

Appellant, Tara Hall, perfected an appeal from a judgment entered by the 25th District Court of Lavaca County, Texas, in cause number 2016-06-23311CV. Appellant has filed an unopposed motion to dismiss the appeal and requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is GRANTED, and the appeal is

hereby DISMISSED. Costs will be taxed against the party incurring the same. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Delivered and filed on the
14th day of January, 2021.